AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, JOHN M. | Second Circuit Court of Appeals | 07/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals
157 Church Street
New Haven, CT 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. Director | U.S. Association of Constitutional Law |
| 3. Director | Friends of CEELI |
| 4. Member | American Society of International Law, Judicial Advisory Board |
| 5. Director | Spencer Williams Foundation for Judicial Independence |
| 6. Director | International Judicial Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law College Association of the University of Arizona | 2/5/15-2/6/15 | Phoenix, AZ | Conference | Transportation, meals, lodging |
| 2. | Yale University | 4/21/15-4/27/15 | Beijing, China | China's Guiding Cases Conference | Transportation, meals, lodging |
| 3. | Administrative Conference of the U.S. | 6/3/15-6/5/15 | Washington, DC | Plenary Session | Transportation, meals, lodging |
| 4. | U.S. Courts | 6/9/15-6/11/15 | New Paltz, NY | Judicial Conference | Transportation, meals, lodging |
| 5. | CEELI Institute | 6/26/15-7/1/15 | Prague, Czech Republic | Annual meeting | Transportation, meals, lodging |
| 6. | The Aspen Institute | 7/24/15 | Long Island, NY | Conference | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

| 7. | The CEELI Institute | 10/9/15-10/15/15 | Brijuni, Croatia | Conference of Chief Justices of Central and Eastern Europe | Transportation, meals, lodging |
|---|---|---|---|---|---|
| 8. | National Committee on US-China Relations | 12/4/15-12/11-15 | Beijing, China | China Guiding Cases | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | None | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  --COMMON STOCK-- | | | | | | | | | |
| 2.  AES CORP | A | Dividend | J | T | | | | | |
| 3.  ALLSTATE CORP | A | Dividend | K | T | | | | | |
| 4.  ALPHABET INC CL A | | None | J | T | Spinoff (from line 27) | | | | |
| 5.  ALPHABET INC CL C | | None | J | T | Spinoff (from line 27) | | | | |
| 6.  AMERICAN INT'L GROUP | B | Dividend | L | T | | | | | |
| 7.  AMERICAN TOWER INC | B | Dividend | L | T | | | | | |
| 8.  ATHENA HEALTH INC | | None | M | T | | | | | |
| 9.  AT & T INC COM | | None | J | T | | | | | |
| 10.  AUTO ZONE INC | | None | K | T | | | | | |
| 11.  BERKSHIRE HATHAWAY | | None | L | T | Sold (part) | 08/21/15 | J | C | |
| 12.  CARMAX | | None | L | T | | | | | |
| 13.  CHEVRON CORP | B | Dividend | K | T | Buy (add'l) | 12/10/15 | J | | |
| 14.  CHURCH & DWIGHT CO INC | A | Dividend | J | T | | | | | |
| 15.  CINCINNATI BELL INC | | None | | | Sold | 06/08/15 | K | B | |
| 16.  COGNIZANT TECH SOLUTIONS | | None | K | T | Buy | 11/06/15 | K | | |
| 17.  CONCORD MEDICAL SVCS HOLDINGS ADR | | None | | | Sold | 06/16/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   CROWN HOLDINGS | | None | L | T | | | | | |
| 19.   CVS HEALTH CORP | | None | J | T | Buy | 12/31/15 | J | | |
| 20.   DENNY'S CORP | | None | L | T | | | | | |
| 21.   DOLLAR TREE INC | | None | K | T | Buy | 05/29/15 | K | | |
| 22.   ENERGY TRANSFER PARTNERS LP | D | Dividend | L | T | Buy (add'l) | 11/16/15 | L | | |
| 23.   ENSCO PLC SPONSORED ADR | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 24. | | | | | Sold (part) | 12/09/15 | J | | |
| 25.   FACEBOOK INC CL A | | None | | | Sold | 08/28/15 | K | E | |
| 26.   GLADSTONE COMM CORP | B | Dividend | J | T | | | | | |
| 27.   GOOGLE INC CL A | | None | | | | | | | |
| 28.   GREEN MTN COFFEE ROASTERS INC | | None | | | Merged (with line 34) | | | | |
| 29.   ILLUMINA INC | | None | K | T | Buy | 04/20/15 | K | | |
| 30.   INTERNAP NETWORK SERVICES | | None | | | Sold | 06/08/15 | L | E | |
| 31.   INTERNATIONAL BUSINESS MACHINES | B | Dividend | K | T | Buy (add'l) | 12/10/15 | J | | |
| 32.   IRIDIUM COMMUNICATIONS | | None | K | T | | | | | |
| 33.   JP MORGAN CHASE | B | Dividend | L | T | Buy (add'l) | 11/02/15 | J | | |
| 34.   KEURIG GREEN MOUNTAIN INC | A | Dividend | L | T | Buy (add'l) | 10/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. KINDER MORGAN ENERGY PARTNERS | B | Dividend | J | T | | | | | |
| 36. KING DIGITAL ENTERTAINMENT | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 37. LABORATORY CORP AMER HOLDINGS | | None | K | T | | | | | |
| 38. LOWES CO INC | B | Dividend | M | T | Buy (add'l) | 11/04/15 | J | | |
| 39. | | | | | Sold (part) | 02/04/15 | J | C | |
| 40. MARKEL CORPORATION | | None | L | T | | | | | |
| 41. MASTERCARD INC CL A | A | Dividend | L | T | Buy (add'l) | 11/09/15 | J | | |
| 42. | | | | | Sold (part) | 08/25/15 | K | D | |
| 43. MICROSOFT CORP | C | Dividend | M | T | Buy (add'l) | 12/10/15 | J | | |
| 44. MYRIAD GENETICS INC | | None | | | Sold | 06/10/15 | K | A | |
| 45. NEOGEN CORP | | None | K | T | | | | | |
| 46. NOVARTIS AG SPONSORED ADR | A | Dividend | J | T | Buy (add'l) | 04/23/15 | J | | |
| 47. | | | | | Sold (part) | 08/26/15 | K | D | |
| 48. ORACLE CORPORATION | A | Dividend | K | T | Buy (add'l) | 10/28/15 | J | | |
| 49. | | | | | Sold (part) | 01/14/15 | J | C | |
| 50. PEPSICO INC | B | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 51. | | | | | Sold (part) | 08/24/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PHILIP MORRIS INTL INC COM | B | Dividend | L | T | Buy (add'l) | 10/14/15 | J | | |
| 53. PIONEER NATURAL | A | Dividend | K | T | | | | | |
| 54. POPEYES LOUSIANA KITCHEN INC | | None | K | T | | | | | |
| 55. PROCTOR & GAMBLE | B | Dividend | K | T | Buy (add'l) | 11/16/15 | J | | |
| 56. | | | | | Sold (part) | 08/21/15 | J | | |
| 57. QUALCOMM INC | A | Dividend | | | Sold | 07/15/15 | K | | |
| 58. ROSS STORES INC | A | Dividend | L | T | | | | | |
| 59. ROYAL BANK CANADA | A | Dividend | L | T | Buy (add'l) | 11/04/15 | L | | |
| 60. RUCKUS WIRELESS | | None | J | T | Buy | 12/08/15 | J | | |
| 61. SIX FLAGS ENTMT CORP | B | Dividend | K | T | | | | | |
| 62. SMUCKER JM & CO | B | Dividend | L | T | Buy (add'l) | 12/01/15 | J | | |
| 63. SOLARWINDS INC COM | | None | M | T | Buy (add'l) | 08/05/15 | K | | |
| 64. SUPER MICRO COMPUTER INC | | None | K | T | Sold (part) | 01/14/15 | J | C | |
| 65. TAIWAN SEMICONDUCTOR | B | Dividend | K | T | Sold (part) | 02/04/15 | J | C | |
| 66. TIME WARNER CABLE | B | Dividend | L | T | | | | | |
| 67. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 08/21/15 | J | | |
| 68. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WALMART STORES INC | B | Dividend | K | T | | | | | |
| 70. WELLS FARGO & CO NEW | B | Dividend | K | T | Sold (part) | 02/04/15 | J | A | |
| 71. | | | | | | | | | |
| 72. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 73. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 74. FIDELITY CASH | | | | | Closed | | | | |
| 75. DREYFUS TREASURY PRIME INV SH | A | Dividend | K | T | | | | | |
| 76. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 77. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. --BANK ACCOUNTS-- | | | | | | | | | |
| 80. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 81. CITIBANK | A | Interest | J | T | | | | | |
| 82. PEOPLES BANK | A | Interest | J | T | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 07/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544